Dismissed and Memorandum Opinion filed January 25, 2007








Dismissed
and Memorandum Opinion filed January 25, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00558-CV

____________

 

LOVETT PROPERTIES, LTD, AND ATASCA
RESOURCES, INC, Appellants

 

V.

 

ENLINE RESOURCES L.P. AND TEXNRG
ENTERPRISES, L.L.C., Appellees

 



 

On Appeal from the 189th District Court

Harris County, Texas

Trial Court Cause No. 05-61675

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 10, 2006.  On January 12, 2007,  the
parties filed a motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed January
25, 2007.

Panel consists of Justices Frost, Seymore, and Guzman.